

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-23-00034-CR |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 327th Judicial District Court |
| | § | |
| ISAIAS BURCIAGA | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20220D03763) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order quashing the indictment and remand the cause for further proceedings. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF AUGUST 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox, and Soto, JJ.
Alley, C.J., concurring
Soto, J., dissenting